FILED
CLERK, U.S. DISTRICT COURT

11/1/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTOR AGUILAR,<br>　　aka "Victor Aguilar Calderon,"<br><br>　　　　Defendant. | No.  2:23-cr-00526-TJH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2250(a): Failure to Register as a Sex Offender; 8 U.S.C. §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2250(a)]

Beginning on a date unknown to the Grand Jury, but no later than in or about September 2021, and continuing through at least on or about September 1, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant VICTOR AGUILAR, also known as "Victor Aguilar Calderon," an individual who was required to register pursuant to the Sex Offender Registration and Notification Act ("SORNA"), as a result of being convicted of Lewd or Lascivious Acts Upon a Child Under Fourteen, in violation of California Penal

1  Code Section 288(a), on or about January 5, 2009, in the Superior
2  Court of the State of California, County of Los Angeles, Case Number
3  VA108344, and having, after said conviction, traveled in interstate
4  and foreign commerce, knowingly failed to register as a sex offender
5  as required by SORNA.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about September 20, 2021, defendant VICTOR AGUILAR, also known as "Victor Aguilar Calderon," an alien, who had been officially deported and removed from the United States on or about August 17, 2011, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

//
//
//
//
//
//
//
//
/
//
//
//
//
//
//
//

Defendant AGUILAR's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for an aggravated felony, namely, Lewd or Lascivious Acts Upon a Child Under Fourteen, in violation of California Penal Code Section 288(a), on or about January 5, 2009, in the Superior Court of the State of California, County of Los Angeles, Case Number VA108344, a crime of sexual abuse against a minor.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
Major Frauds Section