FILED
CLERK, U.S. DISTRICT COURT

06/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm\_\_\_\_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR AGUILAR,<br><br>Defendant. | Case No. 23-cr-00526-TJH-1<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b)] |

On October 7, 2024, Judge Terry Hatter issued a warrant for the arrest of the Defendant for the alleged violation of conditions of pretrial release. The Court conducted a detention hearing on June 17, 2025. Having reviewed the files and records in this matter, including the recommendation by Pretrial Services, and considered Defendant's non-opposition to the Government's request for detention, the Court finds that:

1. There is clear and convincing evidence that the Defendant violated a condition of release by removing his location monitoring device and absconding;
2. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

IT IS THEREFORE ORDERED that Defendant is remanded to the custody of the United States Marshal pending further proceedings in this matter.

Dated: June 17, 2025

/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE